IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 26 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01093-MSK-PAC

JEFFREY LYLE PROPHET,

    Petitioner,

v.

TONY CAROCHI, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER DIRECTING ANSWER AND REFERRING PETITION TO MAGISTRATE JUDGE

---

The Petitioner has filed a Petition (# 3) for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254.

On or before **September 23, 2005**, the Respondents shall file an Answer to the Petition conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases. To the extent relevant to the issues raised in the Petition, the Respondents shall also file the applicable portions of the state court trial and/or appellate record.

Pursuant to Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1)(B), the Court **REFERS** the Petition to United States Magistrate Judge Patricia A. Coan for a Report and Recommendation as to the disposition of the merits of the Petition.

Dated this 22d day of July, 2005

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-01093-MSK-PAC

Jeffrey Lyle Prophet
Prisoner No. 104931
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

Tony Carochi
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

John Suthers, Attorney General - CERTIFIED
Office of the Attorney General
1525 Sherman Street, 5th Floor
Denver, CO 80203

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
DC Box - **COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER, APPLICATION FOR WRIT OF HABEAS CORPUS FILED 6/14/05, AND CONSENT FORM  to the above-named individuals on 7/26/05    .

                                                          GREGORY C. LANGHAM, CLERK

                                                        By: _____
                                                                Deputy Clerk

